IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:13CR3130-8 |
| vs. | |
| DARIO CABALLERO-ARREDONDO, | DETENTION ORDER |
| Defendant. | |

For the reasons stated in 4:14cr3011, filing #31,

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

November 17, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge