IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARIO CABALLERO-ARREDONDO,<br><br>　　　　　　Defendant. | 4:13-CR-3130<br><br><br>ORDER |

　　　This matter is before the Court on the defendant's pro se motion (filing 527) for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and U.S.S.G. § app. C, amend. 782. The defendant's motion will be denied because his sentencing date (May 5, 2015) was after Amendment 782 became fully effective (November 1, 2014). Thus, having already received the benefit of the two-level reduction contemplated by Amendment 782, he is entitled to no further decrease.

　　　IT IS ORDERED:

　　　1.　　The defendant's pro se motion for a sentence reduction (filing 527) is denied.

Dated this 28th day of September, 2016.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_John M. Gerrard_ (signature)
　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　United States District Judge