IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3130 |
| vs. | |
| DARIO CABALLERO-ARREDONDO, | ORDER |
| Defendant. | |

The defendant has submitted a letter (filing 656) that the Court has construed as a motion for copies.

IT IS ORDERED:

1. The defendant's motion for copies (filing 656) is granted.

2. The Clerk of the Court shall provide the defendant with a copy of this order along with copies of filing 647, filing 648, and filing 649.

Dated this 25th day of November, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge