IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARIO CABALLERO-ARREDONDO,<br><br>Defendant. | 4:13-CR-3130<br><br>ORDER |

For the reasons stated in filing 647, filing 648, and filing 649,

IT IS ORDERED that the defendant's motion to reconsider (filing 658) is denied.

Dated this 10th day of November, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge